Daniel O. Goforth
**Goforth Lewis**
4900 Woodway, Suite 750
Houston, South Dakota 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| This Document Relates To:<br><br>*Ronald L. Baker, et al. v. Pfizer Inc*<br>(05-3751 CRB)<br><br>*Debra Ignacio, et al. v. Merck & Co., Inc., et al.*<br>(06-1653 CRB)<br><br>*Letha Housley, et al. v. Pfizer Inc, et al.*<br>(06-2429 CRB)<br><br>*Harla Wehde v. Pfizer Inc, et al.*<br>(06-2875 CRB)<br><br>*Sherri Lynn Caveny, et al. v. Pfizer Inc, et al.*<br>(06-4109 CRB)<br><br>*Henry Myers, et al. v. Pfizer Inc, et al.*<br>(06-4110 CRB)<br><br>*Joseph Vukonich, et al. v. Pfizer Inc, et al.*<br>(06-4111 CRB)<br><br>*Raymond Wade v. Pfizer Inc, et al.*<br>(06-4116 CRB)<br><br>*Martha A. Oldham v. Pfizer Inc, et al.*<br>(06-4117 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

-1-

| | |
|---|---|
| 1 | *Charles Knighten v. Pfizer Inc, et al.* )
| 2 | (06-7325 CRB) )
| 3 | *Bonita M. Christensen, et al. v. Pfizer Inc, et al.* )
| | (06-7815 CRB) )
| 4 | )
| 5 | *Lidia Rodriguez, et al. v. Pfizer Inc, et al.* )
| | (07-1930 CRB) )
| 6 | *Alfredo Ramos, et al. v. Pfizer Inc, et al.* )
| 7 | (07-1931 CRB) )
| 8 | *Maria Barrera, et al. v. Pfizer Inc, et al.* )
| | (07-1932 CRB) )
| 9 | *Laura Stout, et al. v. Pfizer Inc, et al.* )
| 10 | (07-1933 CRB) )
| 11 | *Randal Kelley, et al. v. Pfizer Inc, et al.* )
| | (07-1934 CRB) )

Come now the Plaintiffs Ronald L. Baker, Sandra L. Baker, Debra Ignacio, Individually and As Representative of the Estate of Albert Lou Ignacio, Letha Housley, individually and as representative of the Estate of Willie Housley, Jr., Patricia Ann Housley, Shirley Denise Jackson, Clifton Housley, Sandra Louvon Housley, Willie Lee Housley, Wanda Faye Bradley, Harla Wehde, Sherri Lynn Caveny, James C. Caveny, Henry Myers, Anna Myers, Joseph Vukonich, Helen Vukonich, Raymond Wade, Martha A. Oldham, Charles Knighten, Bonita M. Christensen, Individually and as Representative of the Estate of Alfred G. Christensen, Lidia Rodriguez, Adrian Rodriguez, Alfredo Ramos, Ana Ramos, Maria Barrera, Vidal Barrera, Laura Stout, Individually and on behalf of the Estate of Gloria Gabriela Zuniga White, Randal Kelley, and Betty Jean Kelley, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42581508.1

DATED: Dec. 16, 2009    By: /s/ w/permission Ale Goforth for Shelly Sanford

**GOFORTH LEWIS**
4900 Woodway, Suite 750
Houston, South Dakota 77056
Telephone: (713) 650–0022
Facsimile: (713) 650-1669

*Attorneys for Plaintiffs*

DATED: Dec. 16, 2009    By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN - 4 2010

Hon. Charles R. Breyer
United States District Court

-3-